# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUBERT DORCANT, | |
| Plaintiff, | **ORDER** |
| v. | No. 2:07-cv-4052 (WHW-JAD) |
| LYNNE'S INFINITI (NISSAN CITY), et al., | |
| Defendants. | |

### Walls, Senior District Judge

This matter having come before the Court on the Report and Recommendation of Magistrate Judge Dickson, ECF No. 88, for the reasons set forth in the accompanying Opinion,

It is, on this 2nd day of September, 2014,

ORDERED that Magistrate Judge Dickson's Report and Recommendation is adopted and

ORDERED that Plaintiff's complaint is dismissed without prejudice.

/s/  William H. Walls
United States Senior District Judge